## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

FILED

2016 JUN 30  P 3:46

US DISTRICT COURT
HARTFORD CT

Kafi Roach
_____
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Bruce Donnet
_____
official and individual capacity

Case No. 3:16CV1104  JAM
(To be supplied
by the court)

Michael McDonagh
_____
official and individual capacity

_____

Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

### A. PARTIES

1. Kafi Roach _____ is a citizen of Connecticut _____ who
   (Plaintiff)                                    (State)
presently resides at _____ .
                        (mailing address)

2. Defendant Bruce Donnet _____ is a citizen of Texas _____
            (name of first defendant)                          (State)
whose address is 9616 Partridge Loop   Laredo, Texas 78045 _____ .

and who is employed as Job Title Unknown - Former Military,  Possesses Security Clearance
                        (title and place of employment)

## C. Nature of the Case

Kafi Roach was a resident of Coventry, CT since 1997. Officer McDonagh was a neighbor of the aforementioned plaintiff. Officer McDonagh abused authority as a police officer and began to inform neighbors on the block about the plaintiff's former 911 domestic violence calls to the department. A culture of hatred ensued with multiple incidents of harassment. Noble cause corruption precipitated Bruce Donnet utilizing his security clearance to perform an unwarranted federal background check on the plaintiff without her consent or knowledge. Once this was discovered the plaintiff, Ms. Roach, reported the security breach. The report was made to the Chief of Police and the Federal Bureau of Investigations. Michael McDonagh retaliated by escalating incidents of harassment in Coventry resulting in Kafi Roach leaving her home in which she resided in 2015. Michael McDonagh utilized internal police systems and computer hacking software to further invade the privacy of Ms. Roach. Michael McDonagh informed residents on the block and surrounding area of this police violation of procedure; including playing tapes of illegal recordings of Ms. Roach initiated by him and requesting they aid in a "police cover up" and disseminating background information about Ms. Roach. Bruce Donnet moved to Laredo Texas, however, harassment from Michael McDonagh ensued.

The Chief of Police, Mark Palmer, was responsible for conducting an investigation regarding the background check and the harassment by his officer. He mailed an initial letter on February 9, 2012 regarding the incidents. On May 16, 2015 the Chief of Police mailed a letter to the plaintiff stating that an investigation would be conducted after a meeting between him and Ms. Roach was scheduled. Ms. Roach desired her civil rights not to be violated further and agreed to meet. However, Michael McDonagh once again retaliated and stated that there would be no remedy for his harassment due to his power and position as a police officer. Racial taunts ensued and the plaintiff, Ms. Roach, was referred to as a "monkey".

In June 2015, Bruce Donnet stated audibly in the presence of Ms. Roach to his father, "The Chief of Police stated that McDonagh should not be talking to me about the confidential information within the police department like was allowed previously, which is probably a good thing, because if he had not egged me on since 2011 and told me about her 911 calls, I would never have had a problem with her at all and wouldn't have felt empowered to run the federal check on her!" Ms. Roach then became aware that what was audibly stated outside her residence by Bruce Donnets ex-wife, Kelly Donnet, regarding an illegal background check being conducted in April 2014, was accurate and that a federal security breach had occurred.

The plaintiff contacted various departments and officials, both state and federal, in order to remedy the ongoing situation. Kafi Roach faxed and emailed Freedom of Information Act forms to the Head of the West Virginia field office, Diane Schaffer on November 12, 2014, however, the investigation was ongoing.

The local field office of the Federal Bureau of Investigations became involved on August 14, 2014. Special Agent McPhillips was assigned to the case in addition to his supervisor, Rhonda Glover in the New Haven, CT field office. Michael McDonagh once again retaliated

against the plaintiff and informed all of the neighbors about the investigation.  Michael McDonagh then began to cyber stalk Ms. Roach.  Ms. Roach repeatedly changed phones and phone numbers.  Michael McDonagh verbalized that there would be no remedy due to his position, power, and background.  He stated audibly to Ms. Roach and neighbors, "The FBI defends the blue line!"

Rhonda Glover assured Ms. Roach during a phone conversation from the New Haven field Office, the investigation would be conducted fairly despite Mr. Donnet's and Officer McDonagh's race, position, or title.  After conducting a lengthy investigation, Supervisory Special Agent McPhillips and Rhonda Glover concluded there was a violation of police procedure resulting in a federal security breach.

As a result, Officer McDonagh has escalated harassment and vows whistleblower retaliation.  In fact, it was stated in June 2016, if I were to pursue this, he would build a case against me, make everyone stick together, and he would show up to court in a "monkey suit."

Ms. Roach is still not living in her residence due to fear of further retaliation and has endured years of immeasurable emotional harm.


## D. Cause of Action

Claim 1. Invasion of Privacy

Claim 2.  Intentional Infliction of Emotional Harm

Claim 3. Violation of Police and Federal Security Procedures and subsequent threats of Malicious Prosecution


## E. Request for Relief

I request the following for relief:

I am seeking damages for emotional pain and suffering.  I had to move from a place I resided since 1997.  I also want to remedy the ability for anyone with a security clearance or a police officer from being to abuse power in this fashion and harm others.  Due the harassment being ongoing and continuous for a total of 5 years, involving cyberstalking, invasion of privacy via email and medical records, I am seeking damages for $2,000,000 (two million dollars).  Also, I want to make certain that there is a reprimand/remedy to procedural violations.  I need to move to an area where I will be free of harm, not get threats communicated (even at work by officer), not have my privacy invaded, be able to seek medical attention without fear of invasion of privacy.  In order to do so I must pay off the house my mother set up for me to live in when I was married and then relocate to a safe environment.  I need to be made whole so I may be able to continue education and one day perhaps be able to protect others from civil rights violations.  This, however, will take time as I will need years to get over the PTSD from constantly fearing retaliation.

## E. REQUEST FOR RELIEF

I request the following relief:

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes _____      No  X

_____
Original signature of attorney (if any)

### Kafi Roach

Printed Name_____

### Kafi Roach

### PO Box 320067 Hartford CT 06112

( )
_____
Attorney's full address and telephone

### Kafi Roach

Email address if available

**Plaintiff's Original Signature**

### Kafi Roach

Printed Name

( )
_____
Plaintiff's full address and telephone

### Kafi Roach

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
                        (location)                                  (date)

_____
                                    **Plaintiff's Original Signature**

(Rev. 3/21/16)



# COVENTRY POLICE DEPARTMENT
*Professional Policing — Community Commitment*

**MARK A. PALMER**
*Chief of Police*

February 9, 2012

Kafi Roach
~~27 Old Tavern Lane~~
Coventry, CT  06238

Dear Ms. Roach,

Recently it came to my attention that you had distributed a letter to one or more of your neighbors regarding various concerns you had.  Lt. Solenski has already contacted you regarding this matter.  The reason for my letter to you is that I wanted to offer the assistance of the police department or perhaps other town departments in addressing any of your concerns, particularly those involving any treatment that you feel is racist or threatening in nature.  In addition, if you have a concern or complaint regarding any member of the Coventry Police Department, I urge you to contact my office directly.

It is our desire that you find a peaceful and welcoming community here in Coventry.

Sincerely,

Chief Mark Palmer

Cc:      John Elsesser, Town Manager



1585 Main Street ■ Coventry, Connecticut 06238 ■ Telephone 860-742-7331 ■ Fax 860-742-5770
The Town of Coventry is an Equal Opportunity Employer

CALEA Internationally
Accredited Law
Enforcement Agency



# COVENTRY POLICE DEPARTMENT
### Professional Policing — Community Commitment

**MARK A. PALMER**
*Chief of Police*

May 16, 2015

Ms. Kafi Roach
27 Olde Tavern Lane
Coventry, CT 06238

Dear Ms. Roach,

I've received and read the material you left for me on May 14, 2014. I am concerned about your allegations, particularly those involving members of the police department. I have high standards and expectations of our personnel and am committed to ensuring both legal and ethical behavior.

In order to more fully understand the allegations and obtain any other information you have regarding those issues, I would like to meet personally with you at your earliest convenience.

Please contact me at 860-742-7331 or by email at mpalmer@coventryct.org to schedule a convenient time to meet. I've arranged for us to meet at the Human Services Department at Town Hall as opposed to the police department.

I look forward to hearing from you.

Sincerely,

Chief Mark Palmer

Cc:    John Elsesser, Town Manager
       Courtney Chan, Director of Human Services



1585 Main Street ■ Coventry, Connecticut 06238 ■ Telephone 860-742-7331 ■ Fax 860-742-5770
The Town of Coventry is an Equal Opportunity Employer

CALEA Internationally
Accredited Law
Enforcement Agency

WorkCentre® 6605DN
Color Multifunction Printer

**xerox**

# Monitor Report

Fax Number      :      8608713626
Company Name  :

## The documents were sent.

| No. | Job# | Remote Station | Start Time | Dura. | Pages | Mode | Contents | Result |
|-----|------|----------------|------------|-------|-------|------|----------|--------|
| 001 | 0221 | 913046252539 | 11/12/2014 13:08 | 1'40" | 6/ 6 | SG3 | | Done |

◀ **Fax**

11/12/2014

----------------------------------------------------------------

From:         Kafi Roach

Phone:       860 – 268 -7002

Company Name:   Kafi Roach   - Address 27 Olde Tavern Lane Coventry CT. 06238

To:          Ms. Diane Shaffer

Fax:         304 - 625 - 2535

Company Name:   Federal Bureau of Investigations

----------------------------------------------------------------

**Comments:**

Ms. Shaffer thank you so much for answering my call today.

I have attached the particular background check that I believe you will find Bruce Donnets ID while he ran an illegal federal background check on me and my mother, Joyce Roach (231-16 128th Road Laurelton, NY 11413).

I have attached any information that I believed you would find helpful.

This situation has caused so much stress and since everyone is friends and I am powerless they gloat, taunt, and harass me about this and feel nothing will be done.

You finding Bruce Donnets ID will let people know the difference between right and wrong and I really appreciate your efforts as I could not get anyone to help me.

I am also attaching Bruce Donnet's Facebook page and former address for you to cross reference with his ID once it is located.

I am really appreciative of this as I have nobody to turn to. Please call me when you find the ID.

Respectfully submitted,

Kafi Roach

----------------------------------------------------------------

☐ Urgent     ☒ For Review     ☐ Please Comment     ☒ Please Reply     ☐ Please Recycle

The Fax Transmit prints each time when the documents are sent or unsent. To turn off this page:
1.) At the printer's control panel, press "Machine Status"
2.) At the LCD Panel press the "Tools" tab and then press "Admin Settings "
3.) Press "Fax Settings " and then press "Fax Reports "
4.) Press "Fax Transmit" and set the setting to "Print Disable"

Xerox Corporation and Fuji Xerox Co., Ltd. 2012